BEVINS and Another *v.* PRATHER, Administrator.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—Suit upon a promissory note, of which a copy follows:

"$800.  On the 25th day of *December*, 1855, we promise to pay *Eliza J. Cline* 800 dollars, waiving relief laws of *Indiana*, for value received.          C. Bevins,

"*June* 29, 1854.                    L. H. Shumway."

The defendants answered, setting up a failure of consideration, in this, that *John Cline*, and said *Eliza J. Cline*, his wife, were the equal owners, as joint [tenants], of a tract of land; that they united in the sale of it to *Charles Bevins*, one of the makers of the note sued on (*Shumway* being his surety), and made a joint deed for the same; that, for the consideration, *Bevins* gave 800 dollars cash in hand, and

the note above sued on, which, for certain personal reasons, the answer alleges, was made payable to *Eliza J.,* the wife of *John,* though it avers the same to be the joint property of the two; that, at the same time, and as a part of the contract, said *John* and *Eliza J. Cline* executed to him, said *Bevins,* their joint bond of indemnity against the failure of the title to any of the land deeded; that subsequently *John Cline's* interest in the land was sold on execution against him, and the defendant's, *Bevins',* title thereby divested.

A demurrer to the answer was sustained.

Final judgment for the plaintiff for the amount of the note.

We think the answer showed a failure of consideration, at least, to a part, if not all of the note.

If the facts should turn out differently on the trial; if they were not joint tenants, but tenants in common, and the consideration was, at the sale, divided between the grantors with the knowledge of all parties, then the decision upon this answer might not be decisive of the case. See Williams on Real Prop., side p. 109, *et seq.;* 4 Kent, 359.

The judgment is reversed with costs. Cause remanded, &c.

*M. M. Ray* and *T. J. McFarland,* for the appellants.
*W. Herod* and *S. Stansifer,* for the appellee.